IN THE CIRCUIT COURT OF COLUMBIA COUNTY, ARKANSAS
CIVIL DIVISION
_____ DIVISION

**GENESTET FARMS PARTNERSHIP** PLAINTIFF

VS.                             NO. CV-2005-352-6

**UNION PACIFIC RAILROAD COMPANY** DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Genestet Farms Partnership, and for their claim and cause of action states:

1. That the Plaintiff is a partnership organized under the laws of the State of Arkansas and owning property in Columbia County, Arkansas.

2. That the Defendant, Union Pacific Railroad Company, is a corporation doing business in the State of Arkansas.

3. That the Plaintiff's predecessor in title conveyed ownership by Warranty Deed to the Defendant of the following described property in the County of Columbia, State of Arkansas:

> A parcel of land 100 feet wide located in the SW/4 Section 20 and the SE/4 SE/4 Section 19 Township 16 South, Range 21 West, Columbia County, Arkansas, more particularly described as follows: Commencing at the Southwest corner of Section 20, run thence South 89°00' East 21.41 feet to the point of beginning, said point being the center line of above mentioned parcel of 100 feet width, Thence North 13°02' East along center line 1685.70 feet to the point of curvature of a 2°00' curve to the left; thence along curve 271.66 feet to the point of tangency; thence North 7°36' East 731.22 feet to the South line of the SW/4 NW/4 Section 20, at a point South 88°18' East 522.60 feet from the West line Section 20, containing 6.17 acres, more or less, ... and containing in the aggregate (AMONG OTHER LANDS NOT UNDER EXAMINATION) 14.92 acres, more or less.

That the deed was filed for record dated April 28, 1966, filed June 1, 1966 in Deed

Records Book 160, Page 133 Deed Records of the Columbia County conveyance deed records.

5. That on or about May 17, 2003 the Defendant hired workers to go in and maintain their railroad at Defendant's crossing 790-214-Y. That the employees/agents in doing the work as directed by the Defendant caused to be destroyed approximately 1,600 linear feet of fencing on both sides of the tract which belonged to the Plaintiff. Additionally, in the process of clearing trees and brushes from the right-of-way, the employees/agents pushed trees and debris onto the private property of the Plaintiff and against a young pine plantation belonging to the Plaintiff.

6. That said employees/agents did trespass on the property causing damage to Plaintiff's property in excess of an amount greater than the minimum required for purposes of federal diversity jurisdiction.

WHEREFORE, premises considered the Defendant should be ordered to pay to the Plaintiff the reasonable expenses for the necessary repairs for any of the property damaged; plus compensation for it's useable value during the time that the Plaintiff was deprived of the use; for attorney fees and all other relief to which they may entitled.

Respectfully submitted:

By: Original Signed By: **MARY THOMASON**

Mary Thomason, Bar No. 80143
Attorney at Law
Petroleum Building
315 East Oak, Suite 200
El Dorado, AR 71730
870-863-8588