IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF ARKANSAS
EL DORADO DIVISION

GENESTET FARMS PARTNERSHIP                                    PLAINTIFF

V.                              NO. 06-CV-1003

UNION PACIFIC RAILROAD COMPANY                                DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, it appears to the Court that this case has been settled and that the Complaint of the Plaintiff should be and is hereby dismissed with prejudice. All claims asserted and all claims that could have been asserted are forever barred.

IT IS, THEREFORE, ORDERED.

_____
The Honorable Harry F. Barnes

IN DISTRICT ARK.
FILED
SEP 05 2006
CHRIS R. JOHNSON, CLERK

Prepared by:

Kristopher B. Knox (2004071)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3493
Telephone (501) 370-1497

Attorneys for Union Pacific
Railroad Company

_____
Kristopher B. Knox

Approved by:

Mary Thomason, Bar No. 80143
Attorney at Law
Petroleum Building
315 East Oak, Suite 200
El Dorado, Arkansas 71730

Attorney for Genestet
Farms Partnership

_____
Mary Thomason